JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WAYNE SMITH, | Case No. LA CV 16-2621 AB (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVE DAVEY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 06, 2016      _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE